■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. BERNARD J. DUSHMAN, Admitted in 1974, at a Term of the Appellate Division, Second Department. [749 NYS2d

No opinion. Concur—Williams, P.J., Nardelli, Mazzarelli, Saxe and Ellerin, JJ. [*See* 240 AD2d 106.]